**Motion Granted; Appeal Dismissed and Memorandum Opinion filed October 1, 2019**



In The

# Fourteenth Court of Appeals

---

**NO. 14-19-00186-CR**
**NO. 14-19-00187-CR**

---

**CARLOS ERNESTO ANGELES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 185th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1597322**

## MEMORANDUM OPINION

Appellant Carlos Ernesto Angeles has signed and filed a written request to voluntarily dismiss his appeal. *See* Tex. R. App. P. 42.2. Because this court has not delivered an opinion, we grant appellant's request.

Accordingly, we order the appeal dismissed. We direct the clerk of the court to issue the mandate of the court immediately.

PER CURIAM

Panel consists of Justices Wise, Jewell, and Zimmerer.

Do Not Publish – Tex. R. App. P. 47.2(b)